IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TATYANA GARCIA,<br>　　　　Plaintiff | : | No. 3:23cv1210 |
| | : | |
| | : | (Judge Munley) |
| v. | : | |
| | : | |
| AMTC-1, INC., t/d/b/a FORTIS<br>INSTITUTE and BIOMAT, USA, INC.,<br>　　　　Defendants | : | |

............................................................................................................

## ORDER

**AND NOW**, this \_\_9th\_\_ day of September 2024, for the reasons set forth in an accompanying memorandum, it is hereby **ORDERED** that Defendant AMTC-1, Inc. t/d/b/a Fortis Institute's motion to dismiss (Doc. 37) is **DENIED**.

BY THE COURT:

_____
JUDGE JULIA K. MUNLEY
United States District Court